

INSTITUTE FOR JUSTICE

October 3, 2022

**Via CM/ECF**
Hon. Catherine O'Hagan Wolfe
Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

  RE: Elizabeth Brokamp v. Letitia James, et al.
     Docket No. 21-3050cv
     28(j) letter.

Dear Ms. Wolfe:

  I represent the Appellant, Dr. Elizabeth Brokamp. I write to alert the panel to regulatory provisions that are relevant to a line of questioning at oral argument on September 19, 2022. The questions concerned whether Dr. Brokamp would be subject to New York's continuing education requirements for talk therapists if she were to receive a New York license through the "endorsement" of the Virginia license that she currently holds.

  New York's regulation on the continuing education of talk therapists contains a number of exemptions. There is no exemption for therapists who received licensure by endorsement of another state's license. *See* 8 NYCRR 79-9.8(b)(2)(i), Exhibit A. Also, the regulations specifically require continuing education from therapists whose New York licenses lapsed while they maintained a licensed practice out of state, prior to resuming practice in New York, *see* 8 NYCRR 79-9.8(e)(3), which further indicates that New York expects out-of-state therapists to satisfy New York's continuing education requirements. New York does not accept continuing education credit from out-of-state unless those education providers have successfully applied to New York for approval and paid a fee. 8 NYCRR 79-9.8(c)(2)(ii)(a).

ARLINGTON  AUSTIN  CHICAGO  MIAMI  MINNEAPOLIS  SEATTLE  TEMPE

901 N. Glebe Road, Suite 900 Arlington, VA 22203 (703) 682-9320 (703) 682-9321 Fax
general@ij.org  www.ij.org

Additionally, an FAQ section on the State's mental health counseling website explains that out-of-state licensees are only exempt from continuing education requirements for the first three years of their registration, as is the case for anyone who receives a New York license for the first time, regardless of whether they have been licensed elsewhere. *See* Continuing Education: Frequently Asked Questions and Answers for Licensed Mental Health Counselors (LMHC), available at http://www.op.nysed.gov/prof/mhp/mhccefaq.htm, Exhibit B.

I thank the Court for its attention.

Sincerely,

/s/ Jeffrey Redfern
Jeffrey Redfern
Robert J. McNamara
INSTITUTE FOR JUSTICE
901 North Glebe Road, Suite 900
Arlington, Virginia  22203
(703) 682-9320

Robert Johnson
INSTITUTE FOR JUSTICE
16781 Chagrin Boulevard, #256
Shaker Heights, Ohio  44120
(703) 682-9320

Alan J. Pierce
HANCOCK ESTABROOK LLP
1800 AXA Tower I
100 Madison Street
Syracuse, New York  13202
(315) 565-4546

*Counsel for Appellant*

2

## Certificate of Compliance

This letter brief complies with the type-volume limitation of Fed. R. App. P. 28(j) as it contains 267 words.

Dated: October 3, 2022

/s/ Jeffrey Redfern
Jeffrey Redfern

*Counsel for Appellant*

## Certificate of Filing and Service

I hereby certify that on this 3rd day of October, 2022, I caused this Fed. R. App. P. 28(j) Letter to be filed electronically with the Clerk of the Court using the CM/ECF System, which will send notice of such filing to all registered CM/ECF users.

Dated: October 3, 2022

/s/ Jeffrey Redfern
Jeffrey Redfern

*Counsel for Appellant*

ARLINGTON    AUSTIN    CHICAGO    MIAMI    MINNEAPOLIS    SEATTLE    TEMPE

901 N. Glebe Road, Suite 900  Arlington, VA 22203  (703) 682-9320  (703) 682-9321 Fax
general@ij.org    www.ij.org

# Exhibit A

Compilation of Codes, Rules and Regulations of the State of New York
  Title 8. Education Department
    Chapter II. Regulations of the Commissioner
      Subchapter B. Regulation of Professions
        Part 79. Regulation of Individual Professions (Refs & Annos)
          Subpart 79-9. Mental Health Counseling (Refs & Annos)

8 NYCRR 79-9.8

Section 79-9.8. Continuing education for licensed mental health counselors

Currentness

<Pursuant to Executive Order No. 210, Executive Orders 202 through 202.111 and Executive Orders 205 through 205.3, addressing the COVID-19 crisis, are hereby rescinded effective June 25, 2021.>

(a) Definitions. As used in this section:

(1) **Acceptable accrediting agency** means an organization accepted by the department as a reliable authority for the purpose of accreditation at the postsecondary level, applying its criteria for granting accreditation in a fair, consistent and nondiscriminatory manner, such as an agency recognized for this purpose by the Council for Higher Education Accreditation.

(2) **Higher education institution** means a degree-granting postsecondary institution accredited by an acceptable accrediting agency.

(3) **Psychotherapy institute** means a psychotherapy institute chartered by the Board of Regents, or an institution offering a program which meets the requirements of section 52.35 of this Title.

(b) Applicability of requirements.

(1) Each licensed mental health counselor, required under article 163 of the Education Law to register with the department to practice in New York State, shall comply with the mandatory continuing education requirements as prescribed in subdivision (c) of this section, except those licensees exempt from the requirement or who obtain an adjustment to the requirement pursuant to paragraph (2) of this subdivision or who are subject to a different requirement pursuant to this section.

(2) Exemptions and adjustments to the requirement.

(i) Exemptions. The following licensees shall be exempt from the continuing education requirements, as prescribed in subdivision (c) of this section:

(*a*) licensees for the triennial registration period during which they are first licensed to practice as a licensed mental health counselor in New York State; and

(*b*) licensed mental health counselors who are not engaged in the practice of mental health counseling, as evidenced by not being registered to practice in New York State, except as otherwise prescribed in subdivision (e) of this section to meet the requirements for the resumption of practice in New York State.

(ii) Adjustments to the requirement. An adjustment to the continuing education requirement, as prescribed in subdivision (c) of this section, may be made by the department, provided that the licensee documents good cause that prevents compliance or the department determines otherwise that there is good cause that prevents compliance, which shall include, but not be limited to, any of the following reasons: poor health or a specific physical or mental disability certified by an appropriate health care professional; or extended active duty with the Armed Forces of the United States; or other good cause beyond the licensee's control which in the judgment of the department, makes it impossible for the licensee to comply with the continuing education requirements in a timely manner.

(c) Mandatory continuing education requirement.

(1) General requirement.

(i) During each triennial registration period, meaning a registration period of three years' duration, an applicant for registration shall complete at least 36 hours of continuing education, acceptable to the department, as defined in paragraph (2) of this subdivision. Any licensed mental health counselor whose first registration date following January 1, 2017 occurs less than three years from such date shall complete continuing education hours on a prorated basis at the rate of one hour of acceptable formal continuing education per month for the period beginning January 1, 2017 up to the first registration date thereafter. Such continuing education shall be completed during the period beginning January 1, 2017 and ending before the first day of the new registration period.

(ii) Proration. Unless otherwise prescribed in this section, during each registration period of less than three years' duration, an applicant for registration shall complete acceptable continuing education, as defined in paragraph (2) of this subdivision and within the limits prescribed in such paragraph, on a prorated basis at a rate of one hour of continuing education per month for such registration period.

(2) Acceptable formal continuing education. To be acceptable to the department, continuing education shall meet the requirements of this paragraph. Such continuing education must be in subjects prescribed in subparagraph (i) of this paragraph and be the types of learning activities prescribed in subparagraph (ii) of this paragraph and subject to the prohibition contained in subparagraph (iii) of this paragraph.

(i) Acceptable subjects.

(*a*) The formal continuing education shall be in professional and clinical skills in accordance with the practice of mental health counseling as defined in section 8402 of the Education Law. Such subjects may include but

shall not be limited to: clinical interventions and evidence-based practice; cross-disciplinary offerings from medicine, law, administration, education, behavioral and social sciences related to mental health counseling practice, patient communications, recordkeeping, and matters relating to law and/or ethics which contribute to professional practice in mental health counseling and the health, safety, and/or welfare of the public.

(*b*) All subject topics must be comparable to those taught in professional education programs in mental health counseling offered by a program that is registered under section 52.32 of this Title.

(ii) Types of learning activities. Acceptable continuing education shall be the types of learning activities prescribed in this subparagraph and shall be subject to the limitations prescribed in this subparagraph and subparagraph (iii) of this paragraph.

(*a*) Courses of learning. Acceptable courses of learning and other education activities must be taken from a provider who has been approved by the department on the basis of an application and fee, pursuant to subdivision (i) of this section. Formal courses of learning shall include but not be limited to, university and college credit and non-credit courses, and professional development programs and technical sessions offered by national, state and local professional associations and other organizations acceptable to the department, and any other organized educational and technical programs related to the practice of mental health counseling that are acceptable to the department.

(*b*) Other educational activities. Acceptable continuing education shall be the following other educational activities:

(*1*) preparing and teaching a course offered by a provider of continuing education to licensed mental health counselors, approved pursuant to subdivision (i) of this section, provided that such teaching shall not be acceptable where the licensee has taught the course on more than one occasion without presenting new or revised material. Continuing education hours that may be credited for this activity may include actual instructional time plus preparation time which may be up to two additional hours for each hour of presentation;

(*2*) preparing and teaching a course, acceptable to the department, at a higher education institution or psychotherapy institute, as defined in paragraphs (2) and (3) of subdivision (a) of this section, relating to the practice of mental health counseling, provided that such teaching shall not be acceptable where the licensee has taught the course on more than one occasion without presenting new or revised material. Continuing education hours that may be credited for this activity may include actual instructional time plus preparation time which may be up to two additional hours for each hour of presentation;

(*3*) making a technical presentation at a professional conference sponsored by an organization that is a provider of continuing education to licensed mental health counselors and that is approved pursuant to subdivision (i) of this section, provided that such presentation shall not be acceptable where the licensee has presented on the topic on more than one occasion without presenting new or revised material. Continuing education hours that may be credited for this activity shall include actual presentation time, plus preparation time which may be up to two additional hours for each hour of presentation;

(*4*) completing a self-study program, meaning structured study, offered by a provider approved pursuant to subdivision (i) of this section, that is based on audio, audio-visual, written, on-line, or other media, and does not include live instruction, transmitted in person or otherwise, during which the student may communicate and interact with the instructor and other students. Self-study may comprise no more than 12 hours of continuing education in any three-year registration period, or one-third of the hours for a registration period other than three years;

(*5*) authoring a first-time article published in a peer-reviewed journal or a chapter in a published book, provided that the amount of continuing education credit awarded for such activity shall be two hours; or

(*6*) authoring a first-time book in the practice of licensed mental health counseling, provided that the amount of continuing education credit awarded for such activity shall be five hours.

(*c*) The department may, in its discretion and as needed to contribute to the health and welfare of the public, require the completion of continuing education courses in specific subjects to fulfill this mandatory continuing education requirement.

(iii) Prohibition.

(*a*) Any continuing education designed for the sole purpose of personal development, marketing, business practices, and maximizing profits for the practice of a licensed mental health counselor shall not be considered by the department as acceptable continuing education.

(*b*) Supervision of a licensed mental health counselor, limited permit holder, student or intern in a placement that is part of a license-qualifying program, shall not be considered by the department as acceptable continuing education.

(d) Renewal of registration. At each re-registration, licensed mental health counselors shall certify to the department that they have either complied with the continuing education requirements, as prescribed in this section, or are subject to an exemption or adjustment to such continuing education requirements, as prescribed in subdivision (b) of this section.

(1) A licensee who has not satisfied the mandatory continuing education requirements shall not practice until such requirements have been met and the licensee has been issued a registration certificate by the department, except where a licensee has been issued a conditional registration, as provided for in subdivision (f) of this section.

(2) Continuing education hours taken during one registration period may not be transferred to the subsequent registration period.

(e) Requirement for lapse in practice.

(1) A licensee returning to the practice of licensed mental health counseling after a lapse in practice, as evidenced by not being registered to practice in New York State, whose first registration date after such lapse in practice occurs less than three years from January 1, 2017, shall be required to complete:

(i) at least one hour of acceptable continuing education for each month beginning with January 1, 2017 until the beginning of the new registration period, which shall be completed for a licensee who has not lawfully practiced mental health counseling continuously in another jurisdiction throughout such lapse period, in the 12-month period before the beginning of the new registration period; and for the licensee who has lawfully practiced as a licensed mental health counselor continuously in another jurisdiction throughout such lapse period, in the new registration period or at the option of the licensee in the period beginning 36 months before the commencement of the new registration period and ending at the conclusion of such new registration period; and

(ii) for a licensee who has not lawfully practiced as a licensed mental health counselor continuously in another jurisdiction throughout such lapse period, at least 12 hours of acceptable continuing education in each successive 12-month period of the new registration period; and for a licensee who has lawfully practiced licensed mental health counseling continuously in another jurisdiction throughout such lapse period, the regular continuing education requirement during the new registration period.

(2) Except as prescribed in paragraph (1) of this subdivision for registrations therein specified, a licensee who returns to practice as a licensed mental health counselor after a lapse in practice in which the licensee was not registered to practice in New York State and did not lawfully practice continuously in another jurisdiction throughout the lapse period, shall be required to complete:

(i) the continuing education requirement applicable to the period of time the licensee was registered in the licensee's last registration period;

(ii) at least one hour of acceptable continuing education for each month of lapsed registration up to a maximum 36 hours, which shall be completed in the 12 months before the beginning of the new registration period; and

(iii) at least 12 hours of acceptable continuing education in each succeeding 12-month period, after such registration is reissued, until the next registration date.

(3) Except as prescribed in paragraph (1) of this subdivision for registrations therein specified, a licensee who returns to practice as a licensed mental health counselor after a lapse in practice in which the licensee was not registered to practice in New York State but did lawfully practice mental health counseling continuously in another jurisdiction throughout the lapse period, shall be required to complete:

(i) the continuing education requirement applicable to the period of time the licensee was registered in the licensee's last registration period; and

(ii) at least one hour of acceptable continuing education for each month of lapsed registration up to a maximum of 36 hours, which shall be completed in the new registration period, or at the option of the licensee in the period

Case 21-3050, Document 98, 10/03/2022, 3392493, Page10 of 25

beginning 36 months before the commencement of the new registration period and ending at the conclusion of the new registration period; and

(iii) the regular continuing education requirement during the new registration period.

(f) Conditional registration.

(1) The department may issue a conditional registration to a licensee who attests to or admits to noncompliance with the continuing education requirements of this section, provided that such licensee meets the following requirements:

(i) the licensee agrees to remedy such deficiency within the conditional registration period;

(ii) the licensee agrees to complete the regular continuing education requirement at the rate of one hour of acceptable continuing education per month during such conditional registration period; and

(iii) the licensee agrees to complete additional continuing education during such conditional registration period, which the department may require to ensure the licensee's proper delivery of professional mental health counseling services consistent with the licensee's practice as a licensed mental health counselor.

(2) The duration of such conditional registration shall not exceed one year and shall not be renewed or extended.

(g) Licensee records. Each licensee subject to the requirements of this section shall maintain, or ensure access by the department to, a record of completed continuing education, which includes: the title of the course if a course, the type of educational activity if an educational activity, the subject of the continuing education, the number of hours of continuing education completed, the provider's name and any identifying number (if applicable), attendance verification if a course, participation verification if another educational activity, a copy of any article or book for which continuing education credit is claimed with proof of publication, and the date and location of the continuing education. Such records shall be retained for at least six years from the date of completion of the continuing education and shall be made available for review by the department in the administration of the requirements of this section.

(h) Measurement of continuing education study. Continuing education credit shall be granted only for acceptable continuing education, as prescribed in subdivision (c) of this section. For continuing education courses, a minimum of 50 minutes shall equal one continuing education hour of credit. For credit-bearing university or college courses, each semester-hour of credit shall equal 15 continuing education hours of credit, and each quarter-hour of credit shall equal 10 continuing education hours of credit. Continuing education credit for other educational activities shall be awarded as described in clause (b) of subparagraph (ii) of paragraph (2) of subdivision (c) of this section or as otherwise prescribed by the department.

(i) Provider approval.

(1) An entity or individual seeking approval by the department as a provider of continuing education to licensed mental health counselors in the form of courses of learning or self-study programs shall submit the fee prescribed in paragraph (3) of subdivision (j) of this section and meet the requirements of paragraphs (2) and (3) of this subdivision.

(2) An entity or individual eligible to apply for approval to be a provider of continuing education to licensed mental health counselors includes, but is not limited to:

(i) a higher education institution that offers programs that are registered pursuant to Part 52 of this Title as leading to licensure as a licensed mental health counselor in New York or accredited by the Council for Accreditation of Counseling and Related Educational Programs (CACREP) or a higher education institution that is accredited by an acceptable accrediting agency and that offers graduate coursework that is directly related to the enhancement of practice, skills and knowledge of licensed mental health counselors;

(ii) a psychotherapy institute, as defined in paragraph (3) of subdivision (a) of this section that offers coursework that is directly related to the enhancement of practice, skills and knowledge of licensed mental health counselors;

(iii) a national mental health counselor organization or other professional organization that promotes and protects the health, safety and welfare of the public and fosters good practice in the mental health counseling profession, including specialty boards, acceptable to the department;

(iv) a New York State mental health counselor organization, acceptable to the department, that is incorporated or otherwise organized in New York State that promotes and protects the health, safety and welfare of the public and fosters good practice in the mental health counseling profession in the State of New York as a whole and/or a region of the State of New York;

(v) a national organization of jurisdictional boards of mental health counseling that promote and protect the health, safety and welfare of the public and fosters good practice in the mental health counseling profession;

(vi) an entity operated under an operating certificate appropriately issued in accordance with articles 16, 31 or 32 of the Mental Hygiene Law;

(vii) an entity, hospital or health facility defined in section 2801 of the Public Health Law; or

(viii) an individual with expertise to provide continuing education to New York State licensed mental health counselors.

(3) Department review of providers.

(i) The department shall conduct a review of providers that apply for approval to offer continuing education to licensed mental health counselors.

(ii) An organization or individual desiring to offer continuing education shall submit, with the fee as set forth in subdivision (j) of this section, an application for advance approval as a provider at least 90 days prior to the date of the commencement of such continuing education that documents that the organization or individual:

(*a*) will offer courses of learning or self-study programs in one or more of the subjects prescribed for acceptable continuing education in subparagraph (c)(2)(i) of this section;

(*b*) is an organized entity or individual, included in paragraph (2) of this subdivision, including but not limited to an institution that offers a graduate program that leads to licensure in mental health counseling; or a national, State, or local mental health counseling organization; or a hospital, behavioral health program or program serving persons with developmental disabilities; or another entity that employs licensed mental health counselors and possesses the expertise to offer courses/educational activities; or an individual with expertise to provide continuing education to New York State licensed mental health counselors; or an organization desiring to provide continuing education to New York State licensed mental health counselors; or an organization that proposes to offer courses of learning or self-study programs to licensed mental health counselors; or an organized educational entity with expertise in mental health counseling education and practice; and that meets the requirements of this subdivision;

(*c*) provides course instructor(s) who are qualified to teach the courses which will be offered, including but not limited to: faculty of a licensed mental health counseling program offered by a higher education institution; or instructor(s) who are specially qualified authorities in activities that are directed at developing and enhancing a licensee's practice as a licensed mental health counselor, as determined by the department with assistance from the State Board for Mental Health Practitioners, to conduct such courses;

(*d*) has a method of assessing the learning of participants, and describes such method; and

(*e*) will maintain records for at least six years from the date of completion of coursework, which shall include, but shall not be limited to, the name and curriculum vitae of the faculty or instructor(s), a record of attendance of licensed mental health counselors in the course if a course; a record of participation of licensed mental health counselors in the self-instructional coursework if self-instructional coursework; an outline of the course, date and location of the course, and the number of hours for completion of the course. In the event an approved provider discontinues operation, the governing body of such provider shall notify the department and shall transfer all records as directed by the department.

(iii) Providers that are approved by the department pursuant to the requirements of this paragraph shall be approved for a three-year term.

(iv) The department may conduct site visits of, or request information from, a provider approved pursuant to the requirements of this paragraph to ensure compliance with such requirements, and a provider shall cooperate with the department in permitting such site visits and in providing such information.

Case 21-3050, Document 98, 10/03/2022, 3392493, Page13 of 25

(v) A determination by the department that a provider approved pursuant to the requirements of this paragraph is not meeting the standards set forth in this paragraph shall result in the denial or termination of the approved status of the provider.

(vi) Prohibition. Presenters of didactic instruction may be persons who are not licensed by the State of New York as licensed mental health counselors. The performance of activities that fall within the restricted scope of practice of the licensed mental health counselor must be done by individuals licensed and registered under article 163 of the Education Law, or those otherwise authorized by law to perform such activities, when the continuing education occurs in the State of New York.

(j) Fees.

(1) At the beginning of each registration period, a mandatory continuing education fee of $45 shall be collected from licensees engaged in the practice of mental health counseling in New York State, except for those exempt from the requirement pursuant to subparagraph (b)(2)(i) of this section. This fee shall be in addition to any applicable registration fees required by sections 6507-a and 8402 of the Education Law.

(2) Licensees applying for a conditional registration, pursuant to the requirements of subdivision (f) of this section, shall pay a fee that is the same as and in addition to, any applicable fee for the triennial registration required by sections 6507-a and 8402 of the Education Law. In addition, such licensees shall pay the $45 mandatory continuing education fee.

(3) Organizations or individuals desiring to offer continuing education to licensed mental health counselors shall submit an application fee of $900 with the application requesting the issuance of a permit from the department to become an approved provider of a formal continuing education program. A fee of $900 shall accompany an application for a three-year renewal of the permit.

**Credits**

Sec. filed Jan. 12, 2016 eff. Jan. 1, 2017.

Current with amendments included in the New York State Register, Volume XLIV, Issue 37 dated September 14, 2022. Some sections may be more current, see credits for details.

N.Y. Comp. Codes R. & Regs. tit. 8, § 79-9.8, 8 NY ADC 79-9.8

---

© 2022 Thomson Reuters. No claim to original U.S. Government Works.

 © 2022 Thomson Reuters. No claim to original U.S. Government Works.

# Exhibit B





**Office of the Professions**

# Continuing Education

## Frequently Asked Questions and Answers for Licensed Mental Health Counselors (LMHC)

Introduction | General Information | Continuing Education Requirements | Continuing Education Hours | Compliance | Courses and Providers of Continuing Education | Recordkeeping and Reporting | Further Information

## Introduction

Effective January 1, 2017, New York State Education Law requires each licensed mental health counselor (LMHC) to complete 36 hours of acceptable formal continuing education during each three-year registration period. However, there is a phase-in period for licensees whose next registration period starts during the first three years after January 1, 2017. These licensees will have to complete one hour of acceptable formal continuing education for each month in their registration period after January 1, 2017. Please refer to the chart below for the continuing education hours required during this initial phase-in period.

The statute and regulations that apply to these requirements are available on this site.

This document is designed to respond to frequently asked questions regarding the mandatory continuing education requirements. It is not a substitute for reading the relevant provisions of law, rule or regulation.

## General Information

1. **Is there a difference between "licensure" and "registration"?**

   Yes. In New York, upon satisfying the licensure eligibility requirements, a "license" is awarded. Licensure is for life unless suspended, revoked or annulled for reasons of misconduct.

   In order to both practice as a **licensed mental health counselor** in New York and use the restricted titles "licensed mental health counselor" or "mental health counselor" a licensee must be currently "registered". Registration is for a three-year period, except for the first registration renewal after licensure, which is pro-rated to move licensees to month of birth renewal. See FAQ #9 below for information about periods other than 36 months.

2. **How do I know when my current registration period ends?**

   You can find the end date for your current registration on the green registration certificate that was issued when you registered to practice. You can also find the end of your current registration period on our verification site: www.op.nysed.gov/opsearches.htm. *Please note that your license number is the six-digit number; the -1 is not part of the license number.*

## Continuing Education Requirements

3. **Am I required to take continuing education?**

   Yes. **Every licensed mental health counselor practicing with his or her New York license must complete the required acceptable formal continuing education in order to register, *except in the first registration period after initial licensure (see Question #4 below)*.** As a practicing **licensed mental health counselor**, you are required to complete 36 hours of acceptable formal continuing education during each three-year registration period. However, during the initial phase-in period, starting January 1, 2017, the number of hours necessary will be pro-rated at the rate of one hour per month for each month of the registration period.

   If you are returning to practice as a **licensed mental health counselor** in New York, you may have to complete pro-rated hours of continuing education. This calculation will depend on whether or not you were practicing the mental health counseling profession in New York and/or another state before you

Case 21-3050, Document 98, 10/03/2030, 3392403, Page 16 of 25

apply to re-register in New York.

4. **I just received my license parchment. Since I am in my first registration period, do I need to take continuing education courses immediately?**

   You are not required to complete continuing education during your initial three-year registration period. However, you will need to complete a pro-rated number of hours based on the length of your second registration period which is adjusted based on your birth month.

5. **I was practicing in another jurisdiction and just received my first New York license and registration. Do I need to begin taking continuing education immediately?**

   No, the law provides an exemption from the continuing education requirement for the first three-year registration period in which one is licensed as a **licensed mental health counselor**.

6. **When do I have to complete continuing education in order to register?**

   You must complete continuing education from a Department-approved provider of continuing education for licensed mental health counselors after January 1, 2017 in order for it to be acceptable under the law and regulations. *Courses or activities taken prior to the January 1, 2017 effective date of the law are not acceptable for satisfying the triennial registration continuing education requirements.*

7. **Can I register to practice even if I have not met the continuing education requirement?**

   You will receive your registration renewal notice about 4 months before the end of your current registration period. You have the option of registering online or by mail. However, you should not file your registration application until you have met the continuing education requirement. If you indicate you have not met the requirement, your registration will be placed on hold until you submit verification to the State Board.

   If you will not meet the continuing education requirement by the end of your registration period, then you may apply for a conditional registration (see Question 37 below).

8. **When will I be required to begin affirming the completion of continuing education?**

   Licensees whose first re-registration date following January 1, 2017, occurs less than three years from that date, but on or after January 1, 2017, will have to complete one hour of acceptable formal continuing education for each month in the period beginning January 1, 2017. Licensees must attest to whether or not they have met the requirement as part of the registration application for the next three-year period.

   If you are renewing the registration of your license on or after January 1, 2017, the number of continuing education hours you will be required to complete will vary depending on when your current registration expires. Please see the chart below in order to determine the required number of hours you need to complete prior to your registration renewal date.

| If you are due to register for the period beginning: | You will be required to complete the following number of hours of continuing education: |
|---|---|
| January 1, 2017 | 0 |
| February 1, 2017 | 1 |
| March 1, 2017 | 2 |
| April 1, 2017 | 3 |

| May 1, 2017 | 4 |
| June 1, 2017 | 5 |
| July 1, 2017 | 6 |
| August 1, 2017 | 7 |
| September 1, 2017 | 8 |
| October 1, 2017 | 9 |
| November 1, 2017 | 10 |
| December 1, 2017 | 11 |
| January 1, 2018 | 12 |
| February 1, 2018 | 13 |
| March 1, 2018 | 14 |
| April 1, 2018 | 15 |
| May 1, 2018 | 16 |
| June 1, 2018 | 17 |
| July 1, 2018 | 18 |
| August 1, 2018 | 19 |
| September 1, 2018 | 20 |
| October 1, 2018 | 21 |
| November 1, 2018 | 22 |
| December 1, 2018 | 23 |
| January 1, 2019 | 24 |
| February 1, 2019 | 25 |
| March 1, 2019 | 26 |

| | |
|---|---|
| April 1, 2019 | 27 |
| May 1, 2019 | 28 |
| June 1, 2019 | 29 |
| July 1, 2019 | 30 |
| August 1, 2019 | 31 |
| September 1, 2019 | 32 |
| October 1, 2019 | 33 |
| November 1, 2019 | 34 |
| December 1, 2019 | 35 |
| January 1, 2020 | 36 |

Licensees whose registrations are due to be renewed on or after January 1, 2020, must complete 1.0 hour of acceptable continuing education for each month of their registration periods (see Question 9).

9. **I just received my registration certificate and notice that the registration period is less than three years. Am I required to complete a total of 36 hours of continuing education for this period?**

   No. Registration periods may be adjusted so that subsequent renewals will occur during a licensee's month of birth. If your registration period is less than three years, count the number of months of the registration period to determine the number of continuing education hours required. You must complete one hour of continuing education for each month. For example, if your registration period is from January 1, 2018 to June 30, 2020, this is a 30-month registration period; therefore, you are required to complete 30 hours of acceptable continuing education during it.

   If you are required to re-register after January 1, 2017, you will be required to complete the number of hours outlined in the chart above.

## Continuing Education Hours

10. **What constitutes an hour of continuing education?**

    A minimum of 50 minutes equals one continuing education contact hour. *Courses must be offered in terms of contact hours; no other time measurement is acceptable.*

11. **If I complete more than the 36 hours required for my current registration period may I "carryover" the excess hours to my next registration period?**

    No. Under Education Law §8412(2), continuing education hours may not be carried over to a subsequent registration period.

12. **Must I complete one hour of continuing education in each month of my registration period?**

    No. The required continuing education may be completed anytime during the current registration period. Thus, licensed mental health counselors have the flexibility to select and schedule the continuing education activities that are most appropriate for their professional practice.

10/3/22, 11:57 AM NYS Mental Health Counseling: Continuing Education : FAQ
Case 21-3050, Document 98, 10/03/2030, 3393483, Page19 of 25

13. **Must I take a specific number of continuing education courses each year during my registration period?**

No. You may take all courses in one year, if you wish. However, you must complete the required number of hours prior to the expiration date of your registration.

---

## Compliance

14. **What if there are circumstances which make it impossible for me to comply?**

There are three possible options that may be available to you, if there are circumstances that make it impossible for you to comply with the continuing education requirements in a timely manner. However, you must submit the Registration Remittance Addendum with your Registration Renewal Document before your request for one of the options listed below can be considered.

**Inactive Status**

A registration may be placed on inactive status if the licensee will not be practicing in New York. There is no time limit placed on an inactive registration, but you will have to complete continuing education hours in order to return to practice (see Questions 15 & 16).

**Adjustment**

*The Department may grant an adjustment to the continuing education requirements for the current registration period if the licensee documents and the Department determines that there is good cause that prevents compliance.* The Department may grant an adjustment for the following reasons:
- poor health or a specific physical or mental disability certified by an appropriate health care professional(s);
- extended active duty with the Armed Forces of the United States; or
- other good cause beyond the licensee's control, which in the Department's judgment, makes it impossible for the licensee to comply with the continuing education requirements in a timely manner.

For more information regarding an adjustment to this requirement, please contact the Office of the State Board for Mental Health Practitioners by email at mhpbd@nysed.gov.

**Conditional Registration**

A conditional registration will allow a licensee to continue working while making up the deficiencies in the continuing education requirement from the previous registration period. *If granted, a conditional registration is valid for one year and cannot be renewed or extended.* (See Question 38) for more information about this option.

**If you are not practicing or if you are returning to practice**

15. **If I am licensed in New York but my registration is currently inactive, do I need to complete continuing education before I can reactivate my registration?**

If you have notified the Department that you are not practicing the profession, your registration will be placed on "inactive" status. You do not have to complete any continuing education hours during the period that you are on "inactive" status. Please see Question 14 for information on requesting an inactive status.

16. **Will I have to make up the continuing education hours if and when I return to the practice of licensed mental Health Counseling in New York?**

Yes. If you wish to return to practice after January 1, 2017, you will have to complete the number of continuing education hours that would have been due, if you were actively practicing at the time of your current registration. For example, since the law is effective on January 1, 2017, a licensee who was inactive prior to that date and who wishes to return to practice on June 1, 2021 would be required to complete 41 hours of acceptable continuing education hours, which would be the total number of months from January 1, 2017 to May 31, 2021, the period during which the licensee was inactive. In order to register to practice during the period starting June 1, 2021, the licensee would have to

complete the 41 hours before the Department will register the licensee to practice.

17. **What are the continuing education requirements if I was practicing in another state while my New York registration was on "inactive" status?**

As of January 1, 2017, in order to reactivate your registration in New York when you have been practicing mental health counseling in another state, you will need to complete at least one hour of acceptable continuing education for each month your registration was inactive. The Department will not reactivate your registration until you make up the continuing education requirement deficiency that you accrued during the period your registration was on "inactive" status.

Please be aware that in addition to making up the deficiency that you accrued during the period that your registration was on "inactive" status, you will have to complete the continuing education hours that would be otherwise due for the new registration period.

For example, a licensee who practiced in another state from January 1, 2018 until December 31, 2019 and returns to practice in New York on January 1, 2020 would be required to complete 24 hours of acceptable continuing education for the period from January 1, 2018 until December 31, 2019, before the licensee could be registered to practice in New York. The licensee would also have to complete 36 hours of acceptable continuing education for the period that ends on December 31, 2022, which would be the end of the licensee's three-year registration period, after his or her registration is reactivated.

18. **Can I use continuing education hours that I completed before I placed my New York registration on "inactive" status?**

If you were not practicing in another jurisdiction during the period when your New York registration was on "inactive" status, you may count continuing education hours that you completed with a Department-approved provider of mental health counseling continuing education *within the 12 months prior to the beginning of your new registration period*. In other words, you must satisfy the deficiency before you can re-register to practice in New York.

If you were practicing in another jurisdiction, you may use acceptable continuing education hours that were accrued from a Department-approved provider of mental health counseling continuing education *up to 36 months prior to the beginning of your new registration period*.

19. **Can I receive credit for continuing education activity that I engaged in while practicing in another jurisdiction?**

If the continuing education activities completed in another jurisdiction were offered by a provider of mental health counseling continuing education who was approved by the Department at the time you completed the continuing education hours in subject areas that are acceptable in New York, the Department may award you credit for such continuing education.

## Courses and Providers of Continuing Education

20. **What courses are acceptable for continuing education?**

To be acceptable the courses must be administered:
- by a New York State Education Department-approved provider; and
- in an approved subject area (see Question 25 for a listing of approved subject areas)

Also, continuing education hours may be earned by:
- preparing and teaching a course offered by a Department-approved provider of mental health counseling continuing education, provided that the course being taught has not been presented on more than one occasion without presenting new or revised material;
- preparing and teaching a course, acceptable to the Department, at a higher education institution or a psychotherapy institute, as defined in section 79-9.8(a)(2) and (3) of the Regulations of the Commissioner of Education, relating to the practice of licensed mental health counseling, provided that the course has not been taught by the licensee on more than one occasion without presenting new or revised material;
- making a technical presentation at a professional conference sponsored by an organization that is a Department-approved provider of licensed mental health counseling continuing education, provided that the presentation has not been offered on more than one occasion without presenting new or revised material;

- completing a self-study program, offered by a Department-approved provider, *provided that self-study hours do not comprise more than twelve hours in any three-year registration period or one-third of the hours for a registration period other than three years*;
- authoring a first-time article in the practice of mental health counseling published in a peer-reviewed journal or a chapter in a published book; and
- authoring a first-time book in the practice of licensed mental health counseling.

21. **How many continuing education hours can I get for each activity?**

Each Department-approved provider determines the length of the course to be offered and then will determine the hours according to the following: the awarding of continuing education hours is based on a contact hour which is equivalent to 50 minutes of an organized learning activity and a 10 minute break. Thus, a program of two clock hours would be awarded 2.0 continuing education hours.

Other activities such as those listed in the following chart may be approved for the amount of hours indicated.

| Acceptable Activities | Continuing Education Hours |
|---|---|
| Successful completion of a credit- or non-credit bearing course at a higher education institution that is related to the practice of mental health counseling and is offered by a provider approved by the Department to offer continuing education to licensed mental health counselors; and in a subject area that is acceptable to the Department. | 15 continuing education hours per each semester course credit hour, i.e., 3 credit course = 45 continuing education hours. |
| Preparing and teaching a credit bearing course in a higher education institution or psychotherapy institute approved by the Department to offer licensed mental health counseling continuing education and is in an approved subject area that is acceptable to the Department; and meets the requirements of regulations, i.e., the licensee is teaching the course for the first time or is presenting new or revised material. | Continuing education hours may include the actual instruction time plus up to two additional hours for preparation time for each hour of presentation. This means that a licensee could be credited with acceptable continuing education hours for developing and presenting a three-semester hour credit course, as follows: 45 + (45 x 2) = 135 hours for a three-semester hour course. |
| Preparing and teaching a continuing education course for an approved provider that is in an approved subject matter area; and meets the requirements of regulations, i.e., the licensee is teaching the course for the first time or is presenting new or revised material. | For every in-class continuing education hour, one hour of continuing education credit may be awarded plus up to two additional hours for preparation time for each hour of presentation. A licensee could be credited with 6 hours of acceptable continuing education credit for a two-hour course, i.e., 2 + (2 x 2) = 6. |
| Making a technical presentation at a professional conference sponsored by an organization that is an approved provider of licensed mental health counseling continuing education that is in an approved subject matter area; and meets the requirements of regulations, i.e., the licensee is presenting the information for the first time or is presenting new or revised material. | For every presentation contact hour, one hour of continuing education credit may be awarded plus up to two additional hours for preparation time for each hour of presentation. |
| Authoring a first-time article published in a peer-reviewed journal or a chapter in a published book on the practice of licensed mental health counseling. | 2 hours of continuing education. |

| Authoring a first-time book on the practice of licensed mental health counseling. | 5 hours of continuing education. |
|---|---|
| Completing a structured, self-study program offered by a licensed mental health counseling provider approved by the Department that is based on audio, audio-visual, written, on-line or other media; and does not include live instruction that allows the licensee to interact with the instructor and/or other students. | One hour of continuing education credit for each 50-minute hour of instruction, as determined by the approved provider. Self-study may comprise no more than 12 continuing education hours in any three-year registration period, or one-third of the hours for a registration period other than 36 months. |

22. **Who are approved providers of continuing education for licensed mental health counselors?**

In order to offer continuing education to licensed mental health counselors, an entity must be approved by the Department, based upon an application, along with the submission of the required fee. For information about how to become an approved provider, please see:

Requirements to become an approved provider

See here for a listing of providers that have been approved by the Department to offer licensed mental health counseling continuing education. The listing will be updated on a regular basis, as provider applications are reviewed and approved by the State Board office.

23. **What if I take continuing education from a provider who is not approved by the Department?**

Courses that are taken from a provider that has not been approved by the Department cannot be used to satisfy the continuing education requirement.

24. **Are there any specific courses that I must complete during my registration period?**

No. It is your responsibility to complete coursework in subjects that improve your knowledge, skills and abilities in the practice of licensed mental health counseling. This provides you with the flexibility to meet your education needs in your current position or for a future position. For instance, a licensed mental health counselor who engages in practice with the aging could take courses in his or her area of practice, such as theories of aging, the effect of dementia on families and spouses, and access to dementia services for culturally diverse clients.

25. **Is there any limitation on the subject matter of the coursework?**

Yes. The subject matter must contribute to the professional practice of licensed mental health counseling, as defined in section 8402 of the Education Law. Acceptable subjects may include, but are not limited to, clinical interventions and evidence-based practice and cross-disciplinary offerings from medicine, law, administration, education, behavioral and social sciences related to mental health counseling practice, patient communications, recordkeeping, and matters relating to law and/or ethics which contribute to professional practice in mental health counseling and the health, safety, and/or welfare of the public.

26. **Are there subjects that are not acceptable for continuing education for licensed mental health counselors?**

Yes. Any continuing education that is designed for the sole purpose of personal development, marketing, business practices, and maximizing profits for the practice of a licensed mental health counselor will not be considered by the Department as acceptable continuing education.

Similarly, the supervision of a licensed mental health counselor, limited permit holder, student or intern in a placement that is part of a license-qualifying program, is not considered as acceptable continuing education by the Department.

27. **Can I study on my own rather than take a formal or self-study course?**

   No. Independent study or informal group "study clubs" will not be acceptable for satisfying the continuing education requirement for licensed mental health counselors. Only formal courses or self-study courses offered by Department-approved providers may be counted toward the continuing education requirement. Formal and self-study courses offered by Department-approved providers assure relevant course content, effective evaluation, and recordkeeping by the provider.

28. **Are courses limited to a traditional "classroom setting" in which I am in the same room with the instructor?**

   Self-study courses are acceptable. They are structured study, offered by a Department-approved provider that are based on audio, audio-visual, written, on-line and other media. Self-study courses do not include live instruction (transmitted in person or otherwise) during which the student may communicate and interact with the instructor and other students. Please note that there is a limitation of 12 continuing education hours in a 36-month registration period, or one-third of the hours for a registration period other than 36 months, for self-study courses as described above.

29. **Can I complete more hours of on-line continuing education if the course includes live interaction with the instructor and other students?**

   Yes. There is no limit on the number of hours of acceptable continuing education you may take on-line through a Department-approved provider, when the course includes live interaction with the instructor and other students.

30. **Would in-service and training programs provided by my employer be acceptable continuing education?**

   In order to receive credit for in-service and training programs provided by an employer, the employer must be a Department-approved provider of continuing education for licensed mental health counselors. Additionally, the in-service training must be clearly related to the enhancement of licensed mental health counseling practice, skills, and knowledge and the health, safety, and/or welfare of the public.

   To become an approved provider, the employer must meet all the requirements in the Education Law and Commissioner's Regulations, which, include, but are not limited to, submitting an application, with the required fee, to the Department. The application to become a Department-approved provider can be found here.

31. **Would courses/educational activities related to race, diversity, cultural and linguistic competency and the immigrant experience be acceptable subjects? Would the Department accept courses/educational activities in case management, nursing, medicine and bioethics that would be relevant for many licensed mental health counselors?**

   All courses/educational activities must be taken from a Department-approved provider of continuing education for **licensed mental health counselors**. As part of the provider approval process, the Office of the State Board for Mental Health Practitioners will review proposed courses/educational activities in the areas listed above that may be offered by a prospective provider of continuing education for New York **licensed mental health counselors**. Please refer to Question 25 for more information.

   Additionally, the above-referenced topics and offerings in other disciplines may be acceptable continuing education for licensed mental health counselors, if the course or courses clearly relate to the enhancement of licensed mental health counseling practice, skills, and knowledge and the health, safety and welfare of the public and are offered by a Department-approved provider.

## Recordkeeping and Reporting

32. **What records will I have to keep?**

   Providers must issue a Certificate of Completion to licensees who complete courses for continuing education hours. Licensees must retain, in their records, information regarding completed acceptable continuing education for six years from the date of completion of the coursework/educational activity.

A Certificate of Completion should include the following information:
- name of licensee completing the course, licensed profession and license number;
- title of the course or program, subject area, and any identification number assigned to it by the provider;
- the educational method used (e.g., live in-person, live online, and/or self-study);
- number of contact hours completed;
- the approved provider's name and any identifying number;
- verification by the provider of the licensee's attendance or participation;
- the date and location (city/state) of the course or activity; and
- a statement indicating that the organization is recognized by the New York State Education Department's State Board for Mental Health Practitioners as a Department-approved provider of **licensed mental health counselor** continuing education.

The provider must also retain records for at least six years from the date of completion of the coursework/educational activity, in case the licensee or the Department requests verification of a course or educational activity offering.

However, the licensee is responsible for providing documentation of other educational activities that are defined as acceptable continuing education under the Commissioner's Regulations. The following examples are a non-exhaustive list:
- course descriptions, handouts and brochures that may document the licensee's first-time preparation and teaching a course offered by a NYSED-approved provider of continuing education to licensed mental health counselors;
- article published for the first-time in a peer-reviewed journal, or a chapter in a book in the practice of mental health counseling; or
- syllabi, power point slides, and examinations that are part of a course that was prepared and taught for the first time in a higher education institution or psychotherapy institute, as defined in sections  79-9.8(a)(2) and (3) of the Commissioner's Regulations.

### 33. **What information must I provide the Department when I renew my registration?**

You will be required to attest on your Registration Renewal Document that you completed the required continuing education hours. If you did not complete the required hours, you will have to apply for a conditional registration. Please refer to Question 38 for more information.

### 34. **Do I have to send my continuing education records to the Department when I re-register?**

No. However, you must retain your continuing education records for six years because you are required to make your continuing education records available for inspection by the Department upon its request. Random samples of mandatory continuing education records are audited by the Department to ensure compliance with the continuing education requirement.

### 35. **What documentation must I provide if my continuing education records are audited?**

The Department randomly audits a percentage of licensees each month, as well as those licensees who applied for a conditional registration and those who previously failed an audit. You must provide the Department with your Certificates of Completion for each approved continuing education course or records for other educational activities, when requested. In no cases will self-reporting forms be acceptable.

### 36. **What if the audit of my continuing education records reveals discrepancies?**

You may be subject to disciplinary proceedings for professional misconduct. According to section 29.1 of the Rules of the Board of Regents, willfully making or filing a false report constitutes unprofessional conduct. Penalties for such misconduct may include censure and reprimand, fine, and/or suspension or revocation of your license.

### 37. **What if I fail to complete the required number of hours but wish to continue practicing in New York?**

The Department, at its discretion, may issue you a conditional registration if you request one. The

Case 21-3050, Document 98, 10/03/2022, 3393402, Page25 of 25

conditional registration is valid for one year only and is not renewable. To be granted a conditional registration you would have to:

- agree to complete the required hours of continuing education from the previous registration period during the period of conditional registration,
- complete the regular continuing education requirement at a rate of one hour per month for the one-year conditional registration period and no more than one-third of the continuing education hours may be completed as self-study,
- complete any additional education which the Department may require,
- complete and submit the Registration Remittance Addendum (if you submitted a paper registration application), and
- pay the fee for the conditional registration, which is equal to the amount of the regular registration fee ($196) and the continuing education fee ($45) for a total fee of $241.

**Once issued, a conditional registration may not be cancelled.** At the end of the conditional registration period, you must submit your Certificates of Completion to the Department, certifying that you have completed the required continuing education and pay the regular registration fee ($196) and the continuing education fee ($45) for a total fee of $241.

Conditional registrations are valid for no more than one year and are not renewable. This means you MUST meet the continuing education requirements by the end of the conditional period. You will not be issued a registration for the remaining two years until you meet these requirements. **Remember - if you are not registered you may not practice your profession in New York.**

38. **Can a third-party maintain my continuing education records?**

Yes. You may have a third-party, such as a professional association, maintain your continuing education records. In the event of a Department audit or at the end of a conditional registration period, you would have to request that the third-party provide you with Certificates of Completion for the courses or educational activities that were completed during the time period in question.

Please note: if the third-party cannot provide you with such documentation, you could face charges of unprofessional conduct for failure to maintain and produce continuing education records.

---

## Further Information

39. **How can I obtain more information?**

Please contact the Office of the State Board for Mental Health Practitioners, New York State Education Department, Office of the Professions, State Education Building - 2nd Floor East Wing, 89 Washington Ave., Albany, New York, 12234, by phone 518-474-3817 ext. 450, by fax 518-486-2981, or by e-mail mhpbd@nysed.gov.