# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

_____

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 1ˢᵗ day of June, two thousand twenty-three.

_____

Elizabeth Brokamp,

      Plaintiff-Appellant,

v.

Letitia James, in her official capacity as Attorney General of the State of New York, et al.,

      Defendants-Appellees.

_____

**ORDER**

Docket No:  21-3050

Appellant, Elizabeth Brokamp, filed a petition for panel rehearing, or, in the alternative, for rehearing *en banc*.  The panel that determined the appeal has considered the request for panel rehearing, and the active members of the Court have considered the request for rehearing *en banc*.

IT IS HEREBY ORDERED that the petition is denied.

FOR THE COURT:

Catherine O'Hagan Wolfe, Clerk